1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHANTHAVONG VANG,

11           Plaintiff,              Case No. 2:12-cv-0503 GEB DAD PS

12      vs.

13   ERIC G. FERNANDEZ, et al.,      ORDER SETTING STATUS
                                     (PRETRIAL SCHEDULING)
14           Defendants.             CONFERENCE

15   _____/

16         Plaintiff, proceeding pro se, commenced this action on February 27, 2012, by

17   filing a complaint and paying the required filing fee.  The Clerk has issued summons as to five

18   defendants.  The case has been referred to the undersigned pursuant to Local Rule 302(c)(21).

19         Good cause appearing, IT IS ORDERED that:

20         1.  A Status (Pretrial Scheduling) Conference is set for **Friday, July 6, 2012, at**

21   **10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in

22   Courtroom No. 27 before the undersigned;

23         2.  Within fourteen (14) days after plaintiff is served with this order, plaintiff shall

24   serve upon each defendant one copy of this order, as well as a copy of the Notice of Availability

25   of a Magistrate Judge and the related form that were served on plaintiff by the Clerk on February

26   27, 2012; within five (5) days after serving the required copies on the defendants, plaintiff shall

1

file a certificate of service indicating the date and manner of service of the copies on each defendant;

　　　　　3.  Any party may appear at the Status (Pretrial Scheduling) Conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours before the Status (Pretrial Scheduling) Conference.  A land line telephone number must be provided;

　　　　　4.  Plaintiff shall file and serve a status report on or before **June 22, 2012,** and defendants shall file and serve separate status reports on or before **June 29, 2012**.  Each party's status report shall address all of the following matters:

a.　　　Progress of service of process;

b.　　　Possible joinder of additional parties;

c.　　　Possible amendment of the pleadings;

d.　　　Jurisdiction and venue;

e.　　　Anticipated motions and the scheduling thereof;

f.　　　Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

g.　　　Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

h.　　　Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

i.　　　Whether the case is related to any other case, including matters in bankruptcy;

j.　　　Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

/////

1                k.     Whether the parties intend to consent to proceed before a
United States Magistrate Judge; and

2

3                l.     Any other matters that may aid in the just and
expeditious disposition of this action.

4        5.  Plaintiff is advised that failure to file a timely status report, or failure to appear

5  at the status conference either in person or telephonically, may result in a recommendation that

6  this action be dismissed for lack of prosecution and as a sanction for failure to comply with court

7  orders and applicable rules.  See Local Rules 110 and 183; and

8        6.  Plaintiff is cautioned that Rule 4(m) of the Federal Rules of Civil Procedure

9  provides that a defendant must be dismissed if service of the summons and complaint is not

10  accomplished on the defendant within 120 days after the complaint was filed.  In order to enable

11  plaintiff and the court to comply with the time limits specified in Rule 4(m) and Rule 16(b),

12  plaintiff is strongly encouraged to complete service of process on all defendants within 90 days

13  after the filing of the complaint in this action.

14  DATED: April 16, 2012.

15

16

17  DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

18

19  DAD:6
Ddad1\orders.pro se\vang0503.ossc

20

21

22

23

24

25

26