IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHANTHAVONG VANG,

    Plaintiff,                  Case No. 2:12-cv-0503 GEB DAD PS

    vs.

ERIC G. FERNANDEZ, et al.,        <u>ORDER</u>

    Defendants.

_____/

        Plaintiff, proceeding pro se, commenced this action on February 27, 2012, by filing a complaint and paying the required filing fee. The case has been referred to the undersigned pursuant to Local Rule 302(c)(21).

        By order filed April 17, 2012, this matter was set for a Status (Pretrial Scheduling) Conference before the undersigned on July 6, 2012. On May 22, 2012, however, defendants Eric G. Fernandez, Sean H. Bedrosian, TFLG, a law corporation and Aurora Loan Servics, LLC, moved to dismiss plaintiff's complaint. Hearing of defendants' motion is currently set for August 10, 2012. In light of the pending motion, it would be premature to hold a scheduling conference on July 6, 2012.

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Status (Pretrial Scheduling) Conference set for July 6, 2012, at 10:00 a.m. before the undersigned is vacated as premature; and

2. Plaintiff is relieved of the obligation to file and serve a status report on or before June 22, 2012, and all defendants are relieved of the obligation to file and serve a status report on or before June 29, 2012.

DATED: June 8, 2012.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\vang0503.vac.statconf